SCWC-14-0001386

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

TODD PERKINS, Respondent/Plaintiff-Appellee,

vs.

TAMMY ASH PERKINS, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001386; FC-D NO. 11-1-0086)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on July 23, 2015, is hereby rejected.

DATED:  Honolulu, Hawai‘i, August 31, 2015.

Tammy Ash Perkins,
petitioner pro se

Guy A. Haywood, Esq.
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

